# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Joan Humphrey Lefkow is presiding over MDL 2371 (12 C 6286, *In Re: United Messaging Solutions LLC Patent Litigation*); and

It further appearing that the cases on the attached listed fall within the scope of MDL 2371; therefore

IT IS HEREBY ORDERED That the Clerk is to reassign the cases on the attached list to the Hon. Joan Humphrey Lefkow.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. James F. Holderman, Chief Judge

Dated at Chicago, Illinois this 24th day of January, 2013

| Case Number | Case Title | Reassigned From |
|---|---|---|
| 13 C 0266 | United Messaging Solutions v. Ameriprise Financial | Judge Guzman |
| 13 C 0267 | United Messaging Solutions v. BMO Harris Bank | Judge Der-Yeghiayan |
| 13 C 0268 | United Messaging Solutions v. Charles Schwab Corp. | Judge St.Eve |
| 13 C 0269 | United Messaging Solutions v. Earthlink, Inc. | Judge Shadur |
| 13 C 0270 | United Messaging Solutions v. Fifth Third Bancorp | Judge Chang |
| 13 C 0271 | United Messaging Solutions v. General Electric Capital | Judge Bucklo |
| 13 C 0272 | United Messaging Solutions v. Huntington Bancshares | Judge Der-Yeghiayan |
| 13 C 0273 | United Messaging Solutions v. Northwestern Mutual Life | Judge Coleman |
| 13 C 0274 | United Messaging Solutions v. People's United Financial | Judge Der-Yeghiayan |
| 13 C 0275 | United Messaging Solutions v. PNC Financial Services | Judge Zagel |
| 13 C 0277 | United Messaging Solutions v. Santander Holdings | Judge Der-Yeghiayan |
| 13 C 0278 | United Messaging Solutions v. State Street Corporation | Judge Bucklo |
| 13 C 0324 | United Messaging Solutions v. Govt. Employees Ins. Co. | Judge Bucklo |
| 13 C 0327 | United Messaging Solutions v. BB&T Corp, et al. | Judge Kendall |
| 13 C 0333 | United Messaging Solutions v. Cox Enterprises, et al. | Judge Gettleman |
| 13 C 0337 | United Messaging Solutions v. Fidelity National Services | Judge Shadur |
| 13 C 0338 | United Messaging Solutions v. Fisery, Inc. | Judge Pallmeyer |
| 13 C 0339 | United Messaging Solutions v. FriendFinder Networks | Judge Coleman |
| 13 C 0340 | United Messaging Solutions v. Sun Trust Banks, et al. | Judge Gettleman |
| 13 C 0341 | United Messaging Solutions v. TD Ameritrade, et al. | Judge Kennelly |
| 13 C 0343 | United Messaging Solutions v. United Online, et al. | Judge Kennelly |
| 13 C 0344 | United Messaging Solutions v. US Bancorp, et al. | Judge Shadur |
| 13 C 0346 | United Messaging Solutions v. Wells Fargo, et al. | Judge Aspen |