## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 (13 C 327) | **DATE** | 4/29/2013 |
| **CASE TITLE** | Unified Messaging Solutions, LLC Patent Litigation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [486], Plaintiff Unified Messaging Solutions LLC ("Unified Messaging") and Defendant BB&T Corporation hereby dismiss without prejudice the claims asserted by Unified Messaging against Defendant BB&T Corporation in this action, with each party to bear its own costs, expenses, and fees. BB&T Corporation is dismissed as a party in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|